**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
ArcelorMittal North America Holdings LLC

CIVIL ACTION NO.: 21-CV-6975

**vs**                                            *Plaintiff*

Essar Global Fund Limited and Mesabi Metallics Company LLC f/k/a Essar Steel Minnesota LLC (Garnishee)

*Defendant*

## AFFIDAVIT OF SERVICE

State of Minnesota }
County of Hennepin } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Minnesota.

That on **08/20/2021** at **9:00 AM** at **2345 Rice Street, Suite 230, Roseville, MN 55113**

deponent served a(n) **Summons in a Civil Action, Complaint, Civil Cover Sheet, Rider to Civil Cover Sheet, Corporate Disclosure Statement, Individual Rules of Practice in Civil Cases of United States District Judge Katherine Polk Failla, Individual Practices of Magistrate Judge Debra Freeman, and Electronic Case Filing Rules & Instructions**

on **Mesabi Metallics Company LLC f/k/a Essar Steel Minnesota LLC, c/o Corporation Service Company**, Registered Agent,

by delivering thereat a true copy to **Chris Olund** personally, authorized to accept service thereof.

Description of Person Served:
Gender: Female
Skin: White
Hair: Brown
Age: 45- 55 Yrs.
Height: 5' 9"
Weight: 131-160 Lbs.
Other:

Sworn to before me this
24 day of August, 2021

_____
NOTARY PUBLIC

MICHAEL ANTONY BERNABO
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2023

_____
Neil Hanson

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017