## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARCELORMITTAL NORTH AMERICA HOLDINGS LLC, <br><br> Plaintiff, <br><br> v. <br><br> ESSAR GLOBAL FUND LIMITED, <br><br> Defendants, <br><br> and <br><br> MESABI METALLICS COMPANY LLC f/k/a ESSAR STEEL MINNESOTA LLC, <br><br> Garnishee. | Civil Action No. 21-cv-6975 <br><br> **AFFIDAVIT OF SERVICE** |

### AFFIDAVIT OF RHIANNON MICHELLE ZANETIC

**RHIANNON ZANETIC**, being duly sworn, hereby deposes and says:

1.  My name is Rhiannon Zanetic, and I am an associate attorney employed in the dispute resolution department of Harney Westwood & Riegels ("Harneys") located at 3rd Floor, Harbour Place, 103 South Church Street, George Town, Grand Cayman KY1-1002, Cayman Islands. I was admitted to the Cayman Islands' Bar on 6 August 2021 and remain in good standing.

2.  Harneys is instructed by Gibson Dunn & Crutcher on behalf of ArcelorMittal North America Holdings LLC ("Claimant"). I am duly authorised by the Claimant to swear this affidavit on its behalf.

3.  The facts and matters to which I depose in this affidavit are true and within my own knowledge, information and belief. Where facts and matters are not within my own knowledge, information and belief, the source of my information is stated and I believe those facts and matters to be true.

1

4.   Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the 27 August 2021, electronic search of the Cayman Islands register of companies for Essar Global Fund Limited's ("EGFL") registered office address.

5.   Attached hereto as <u>Exhibit 2</u> is a true and correct copy of the 24 April 2019, electronic search of the Cayman Islands register of companies for EGFL's registered office address.

6.   Attached hereto as <u>Exhibit 3</u> is a true and correct copy of press releases announcing the 2020 merger of Estera Trust (Cayman) Limited ("Estera") with Ocorian Trust (Cayman Limited) ("Ocorian").

7.   Attached hereto as <u>Exhibit 4</u> is a true and correct copy of the Cayman Gazette on 23 November 2020 announcing the name change of Estera to Ocorian.

8.   Attached hereto as <u>Exhibit 5</u> is a true and correct copy of receipt of the documents.

**Service of documents**

9.   I personally served true and correct copies of:

    a.   Summons – Civil Action No. 21-cv-6975 dated 19 August 2021;

    b.   Complaint – Civil Action No. 21-cv-6975 dated 18 August 2021;

    c.   Civil Cover Sheet – Civil Action No. 21-cv-6975 dated 18 August 2021;

    d.   Rider to Civil Cover Sheet – Civil Action No. 21-cv-6975 dated 18 August 2021;

    e.   Corporate Disclosure Statement – Civil Action No. 21-cv-6975 dated 18 August 2021;

  f. Individual Rules of Practice in Civil Cases (Katherine Polk Failla, United States District Judge), revised 2 March 2021;

  g. Individual Practices of Magistrate Judge Debra Freeman updated 31 March 2020;

  h. Procedures Applicable to Cases Referred for Settlement to Magistrate Judge Debra Freeman, undated; and

  i. Electronic Case Filing Rules and Instructions dated 1 February 2021.

  ("Claim Documents")

10. On 27 August 2021, I conducted an electronic search of the Cayman Islands register of companies to confirm the address of EGFL's registered office. <u>Exhibit 1</u>. The search records that the registered office of EGFL is:

> Ocorian Trust (Cayman Limited)
> P. O. Box 1350
> Windward 3, Regatta Office Park
> Grand Cayman KY1-1108
> Cayman Islands

11. For completeness, I note that the registered office of EGFL used to be, as shown in <u>Exhibit 2</u>:

> Estera Trust (Cayman) Limited
> P.O. Box 1350
> Clifton House
> 75 Fort Street
> George Town, Grand Cayman Islands

12. In or around 2020 Estera merged with Ocorian. <u>Exhibit 3</u>. A name change of Estera to Ocorian was announced in the Cayman Gazette on 23 November 2020. <u>Exhibit 4</u>.

13. At approximately 9.27am on 27 August 2021, I attended the registered office of EFGL and effected service of the Claim Documents by personally delivering a copy

of the Claim Documents to Mr Andre Slabbert who identified himself to me as an employee of Ocorian. Mr Slabbert accepted service and confirmed receipt of the documents by signing a copy of the accompanying cover letter. Exhibit 5.

SWORN on _20_  September 2021           )
by **Rhiannon Michelle Zanetic**           )
in George Town, Grand Cayman           )
Cayman Islands                                      )          **RHIANNON ZANETIC**

**BEFORE ME**:

**NOTARY PUBLIC**

Natasja S. Levy
Notary Public in and for the Cayman Islands
My commission expires 31 January, 2022
Date : 20. 9. 2021

4

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARCELORMITTAL NORTH AMERICA HOLDINGS LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>ESSAR GLOBAL FUND LIMITED,<br><br>        Defendants,<br><br>  and<br><br>MESABI METALLICS COMPANY LLC f/k/a ESSAR STEEL MINNESOTA LLC,<br><br>        Garnishee. | Civil Action No. 21-cv-6975<br><br><br>**AFFIDAVIT OF SERVICE** |

## EXHIBIT 1

TO AFFIDAVIT OF RHIANNON MICHELLE ZANETIC

Natasja S. Levy
Notary Public in and for the Cayman Islands
My commission expires 31 January,20 22
Date : 20. 09.2021



**CAYMAN ISLANDS**
# Search Report

| | |
|---|---|
| **Entity Name :** | Essar Global Fund Limited |
| **Jurisdiction :** | Cayman Islands |
| **Registration Number :** | 154766 |
| **Registration Date :** | 20 September 2005 |
| **Entity Type :** | EXEMPT |
| **Registered Office :** | OCORIAN TRUST (CAYMAN) LIMITED<br>P. O. Box 1350<br>Windward 3<br>Regatta Office Park<br>Grand Cayman    KY1-1108<br>Cayman Islands |
| **Status :** | ACTIVE |

- INFORMATION REGARDING THE CORPORATE RECORDS AND REGISTERS ARE
  NOT AVAILABLE FOR PUBLIC INSPECTION

- THIS REPORT DOES NOT CONFIRM THE ENTITY IS IN GOOD STANDING

Authorisation Code : 108450868279
www.verify.gov.ky
27 August 2021

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARCELORMITTAL NORTH AMERICA HOLDINGS LLC,<br><br>   Plaintiff,<br><br> v.<br><br>ESSAR GLOBAL FUND LIMITED,<br><br>   Defendants,<br><br> and<br><br>MESABI METALLICS COMPANY LLC f/k/a ESSAR STEEL MINNESOTA LLC,<br><br>   Garnishee. | Civil Action No. 21-cv-6975<br><br><br>**AFFIDAVIT OF SERVICE** |

**EXHIBIT 2**

TO AFFIDAVIT OF RHIANNON MICHELLE ZANETIC

Natasja S. Levy
Notary Public in and for the Cayman Islands
My commission expires 31 January,20 22
Date : 20.9.2021



**CAYMAN ISLANDS**
## Search Report Coris

---

| | |
|---|---|
| **Entity Name :** | Essar Global Fund Limited |
| **Jurisdiction :** | Cayman Islands |
| **Registration Number :** | 154766 |
| **Registration Date :** | 20 September 2005 |
| **Entity Type :** | EXEMPT |
| **Registered Office :** | ESTERA TRUST (CAYMAN) LIMITED |
| | P. O. Box 1350 |
| | Clifton House, |
| | 75 Fort Street, George Town |
| | GRAND CAYMAN |
| | CAYMAN ISLANDS |
| **Status :** | ACTIVE |

---

- INFORMATION REGARDING THE CORPORATE RECORDS AND REGISTERS ARE NOT AVAILABLE FOR PUBLIC INSPECTION

- THIS REPORT DOES NOT CONFIRM THE ENTITY IS IN GOOD STANDING

Authorisation Code : 103080871447
www.verify.gov.ky
24 April 2019

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARCELORMITTAL NORTH AMERICA HOLDINGS LLC, | |
| Plaintiff, | Civil Action No. 21-cv-6975 |
| v. | |
| ESSAR GLOBAL FUND LIMITED, | |
| Defendants, | **AFFIDAVIT OF SERVICE** |
| and | |
| MESABI METALLICS COMPANY LLC f/k/a ESSAR STEEL MINNESOTA LLC, | |
| Garnishee. | |

**EXHIBIT 3**

TO AFFIDAVIT OF RHIANNON MICHELLE ZANETIC

Natasja S. Levy
Notary Public in and for the Cayman Islands
My commission expires 31 January, 2022
Date : 20.09. 2021

# OCORIAN

# Ocorian to merge with Estera

< BACK

19 July 2019

Ocorian News

Reading time:
2 minutes





## Ocorian to merge with Estera

**Merger will strengthen capability across 18 locations, including North America and Asia.**

We are delighted to announce that Ocorian, with the continued support of Inflexion Private Equity, has entered into an agreement to merge with Estera – a leading independent provider of corporate, fiduciary, fund administration and trust services.

Subject to regulatory approval, the combined business will be one of the largest administrators globally and operate from 18 jurisdictions, including Bermuda, Cayman, Guernsey, Ireland, Jersey, Luxembourg and Mauritius. The businesses will have over 1,250 professionals, serving over 8,000 clients across the corporate service, fund administration and private client sector.

Together, Ocorian and Estera, will provide a complete range of services to clients with multi-jurisdictional needs. In particular, Ocorian clients will benefit from Estera's established North American presence (Bermuda, BVI and Cayman), while Estera

clients will be able to leverage Ocorian's strong links to the Middle East and Africa.

Stuart Layzell, Ocorian Chief Executive, commented: "This is a landmark transaction for Ocorian. Together both businesses will be able to offer an enhanced service to their clients wherever they are located. The whole team look forward to working together with the team at Estera to take the enlarged business forward."

Jefferies (M&A), White & Case (Legal), PwC (Financial and Tax) and Deloitte (Debt advisory) acted as advisors to Ocorian in this transaction. Financial terms of the transaction have not been disclosed.

Read the full announcement.

# YOU MAY ALSO LIKE



16 July 2019

Reading time: 3 minutes

## We've been shortlisted for four



11 July 2019

Reading time: 4 minutes

## Our global charitable theme: Environment



01 July 2019

Reading time: 4 minutes

## Ocorian awarded Caring

## Jersey ICSA awards!

We are delighted to share that we have been shortlisted in four categories in the Institute of Cha...

Read more

## & Sustainability

We are delighted to announce that, following a vote from our global team of employees, we will be ...

Read more

## Employer of the Year

We are thrilled to announce that we have been awarded the Caring Employer of the Year award at the...

Read more

Keep up to date with our latest news and insights

SIGN UP TO REGULAR UPDATES

FOLLOW US ON LINKEDIN

© Ocorian 2021. All rights reserved

  

Services
Jurisdictions
People
About Us
Contact Us

Careers
Events
News & Insights

Legal Notice
Privacy Statement
Site Disclaimer & Cookie Policy
Terms of Business
Policy Statements
eAlerts Signup

# OCORIAN

# Ocorian and Estera merge to create a global leader

‹ BACK

10 February
2020

Ocorian News

Reading time:
4 minutes





## Ocorian and Estera merge to create a global leader

We are delighted to announce the combination of the Ocorian and Estera businesses to create a global leader in corporate and fiduciary services, fund administration and capital markets. The enlarged business will operate under the Ocorian name with refreshed branding.

Ocorian and Estera merge to create a global leader

**Want to find out more about our increased service offering?**

Yes

With assets under administration of $260bn, we offer a full suite of corporate, funds and fiduciary services across a network of 20 wholly owned offices spanning all the world's financial hubs. We are now the seventh largest corporate, funds and trust player in the world by revenue and manage over 17,000 structures on behalf of more than 8,000 plus clients who are financial institutions, large scale international organisations and high net worth individuals.

**Farah Ballands,** Ocorian Group Chief Executive Officer commented *"The combination of Estera and Ocorian is extremely powerful. No matter where in the world our clients' financial interests are structured, we will provide flexible, bespoke solutions that meet their needs as well as the needs of their stakeholders and regulators. Our clients really are at the heart of everything we do."*

Farah continued *"We are confident that our combined teams are the best in the business. The skills and experience our people have in the markets they operate in are second to none and we are looking forward to working with our expanded team to deliver the very best solutions and exemplary client service. The opportunities this brings makes it a really exciting time. Both Ocorian and Estera have impressive track records of growth and together we will be able to offer more services in more strategically important jurisdictions. We are a global leader in fund administration, capital markets and fiduciary*

**Want to find out more about our increased service offering?**

Yes

g the highest need them."

orate; Funds;

e about our

# YOU MAY ALSO LIKE

**OCORIAN**
✷**ESTERA**





19 July 2019
Reading time: 2 minutes

## Ocorian to merge with Estera

Merger will strengthen capability across 18 locations, including North America and Asia. We ...

30 January 2020
Reading time: 3 minutes

## Winners! Trust Company of the Year - Jersey

We are delighted to announce that we have been

19 December 2019
Reading time: 10 minutes

## We've been shortlisted in five categories in Citywealth's Magic Circle Awards 2020

are ghted to e that we been tlisted in

**Want to find out more about our increased service offering?**

Yes

Read more

8/30/2021

Ocorian and Estera merge to create a global leader | Ocorian

Read more

categories at
the
Citywealth
Magic...

Read more

Keep up to
date with our
latest news and
insights

SIGN UP TO REGULAR UPDATES

FOLLOW US ON LINKEDIN

© Ocorian 2021. All
rights reserved

Services
Jurisdictions
People
About Us
Contact Us

Careers
Events
News & Insights

Legal Notice
Privacy Statement
Site Disclaimer &
Cookie Policy
Terms of Business
Policy Statements
eAlerts Signup

  

## Want to find out more about our
## increased service offering?

Yes

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARCELORMITTAL NORTH AMERICA HOLDINGS LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 21-cv-6975 |
| ESSAR GLOBAL FUND LIMITED, | |
| Defendants, | |
| and | **AFFIDAVIT OF SERVICE** |
| MESABI METALLICS COMPANY LLC f/k/a ESSAR STEEL MINNESOTA LLC, | |
| Garnishee. | |

**EXHIBIT 4**

TO AFFIDAVIT OF RHIANNON MICHELLE ZANETIC

Natasja S. Levy
Notary Public in and for the Cayman Islands
My commission expires 31 January, 20 22
Date : 20.9.2021



# CAYMAN ISLANDS GAZETTE

Monday, 23 November 2020        Issue No.24 /2020

## CONTENTS

**SUPPLEMENTS**
Laws, Bills, Regulations..................................None
**COMMERCIAL**
Liquidation Notices, Notices of Winding Up,
  Appointment of Voluntary Liquidators and Notices to
  Creditors..................................................Pg. 1776
Notices of Final Meeting
  Of Shareholders...................................Pg.1813
Partnership Notices...................................Pg.1853
Bankruptcy Notices....................................None
Receivership Notices..................................None
Dividend Notices.....................................Pg.1874
Grand Court Notices..................................Pg.1875
Struck-off List.........................................None
Notice of Special Strike..............................None
Reduction of Capital.................................Pg.1878
Dormant Accounts Notices..........................None
Demand Notices........................................None
Certificate of Merger Notices.......................None
Transfer of Companies...............................Pg.1879
Regulatory Agency Notices.........................Pg.1881
General Commercial Notices.......................Pg.1881

**GOVERNMENT**
Deportation............................................None
Constitution Order....................................None
Exclusion Orders......................................None
Election Notice.........................................None
Appointments........................................Pg.1885
Personnel Occurrences..............................None
Long Service Awards.................................None
Public Auction.........................................None
Departmental Notices...............................None
Court of Appeals Notices...........................None
Overseas Territories Orders........................None
Land Notices...........................................None
Change of Name......................................None
Remission of Sentence..............................None
Road Notices...........................................None
Proclamations.........................................None
Probate and Administration.........................None
Errata Notices..........................................None
**Gazette Publishing and Advertising**
**Information..............................................Pg.1886**
**Gazette Dates and Deadlines....................Pg.1887**
**INDEX...................................................Pg.1889**

**NOTICE:** *Gazette Publishing Dates & Deadlines for the year as well as advertising and subscription rates are posted at the back of this Gazette.*

**USING THE GAZETTE:** The *Cayman Islands Gazette*, the official newspaper of the Government of the Cayman Islands is published fortnightly on Monday. The next issue (25/20) will be published on 7 December 2020. Closing time for lodgment of Commercial and Government notices will be 12 noon, Friday, 27 November 2020. **This timeframe will be followed for all Gazettes.** Notices are accepted for publication in the next issue, unless otherwise specified.

Original copies of notices must be submitted for publication. Dates, proper names and signatures are to be shown clearly. Faxed transmissions of copy are not acceptable, unless arrangements have been made with the Gazette Office, in which case they must be followed by a signed original delivered the same day. We invite submissions by email for use with Microsoft Word software, followed, or accompanied, by an original print version. Covering instructions setting out requirements must accompany all notices. Copies will be returned unpublished if not submitted in accordance with these requirements.

**Notices for publication and related correspondence should be addressed to:**
Gazette Office
Government Information Services
2 Floor
Cayman Islands Government Administration Building
133 Elgin Avenue, Box 119, George Town
Grand Cayman KY1-9000
Telephone (345) 949-8092
Facsimile (345) 949-5936
caymangazette@gov.ky

Publishing dates, deadlines to the end of the year, and advertising and subscription rates are posted at the back of this *Gazette*.

# Regulatory Agency Notices

**COMPANIES MANAGEMENT LAW (2020) REVISION**

**The following Companies Management Licence has been surrendered and duly terminated:**
ARKA Corporate Services (Cayman) Limited with effect 26 October 2020

**BANKS AND TRUST COMPANIES LAW (2020 REVISION)**

The following Change of Name has been approved for the holder of a Trust Licence:
**From:**   Estera Trust (Cayman) Limited
**To:**   Ocorian Trust (Cayman) Limited

**The following Change of Name has been approved for the holder of a Restricted Trust Licence:**
**From:**   Colonial Pensions Services Ltd.
**To:**   Coralisle Pension Services Ltd.
**Date: 5 November 2020**

LETICIA S. FREDERICK
Deputy Head - Fiduciary Services Division
Cayman Islands Monetary Authority

# General Commercial Notices

I write in reference to the Cayman Islands Institute of Professional Accountants ("CIIPA") in order to submit the following persons to be gazetted and published as Licensed Practitioners in the next available Gazette:

| Last name | First name | Company |
|---|---|---|
| Adam | Matthew | Rankin Berkower (Cayman) |
| Agrella | Ricardo | PwC |
| Ahmed | Bilal | EY |
| Alexander | Philip | RSM |
| Arbo | Paul | BDO |
| Babiuk | Dale | Deloitte |
| Barnard | Aldo | KPMG |
| Bartow | Jonathan | EY |
| Bellfield | Andrew | EY |
| Berube | Serge | Deloitte |
| Bird | Stephen | PwC |
| Bispath | Marlon | PwC |
| Blair | William | KPMG |
| Bodden | Alexander | RSM |
| Bolland | Charles | PwC |
| Brett | Kevin | KPMG |
| Brown | Carrie | Deloitte |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARCELORMITTAL NORTH AMERICA HOLDINGS LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>ESSAR GLOBAL FUND LIMITED,<br><br>       Defendants,<br><br>  and<br><br>MESABI METALLICS COMPANY LLC f/k/a ESSAR STEEL MINNESOTA LLC,<br><br>       Garnishee. | Civil Action No. 21-cv-6975<br><br>**AFFIDAVIT OF SERVICE** |

**EXHIBIT 5**

TO AFFIDAVIT OF RHIANNON MICHELLE ZANETIC

Natasja S. Levy
Notary Public in and for the Cayman Islands
My commission expires 31 January, 2027
Date : 20 · 09 · 2021



Harney Westwood & Riegels
3rd Floor, Harbour Place
103 South Church Street, PO Box 10240
Grand Cayman KY1-1002, Cayman Islands
Tel: +1 345 949 8599
Fax: +1 345 949 4451

26 August 2021

anya.allen@harneys.com
+1 345 815 2967

Essar Global Fund Limited
C/- Ocorian Trust (Cayman) Limited
PO Box 1350
Windward 3
Regatta Office Park
Grand Cayman KY1-1108
Cayman Islands

| Received | |
|---|---|
| Company: | OCORIAN TRUST |
| Signed by: | ANDRE SURGEON |
| Position: | DIRECTOR |
| Date: | 27 Aug 2021 |
| Time: | 9:27 am |
| Signature: | |

Dear Sir or Madam

**Essar Global Fund Limited**

Please find enclosed by way of service on Essar Global Fund Limited the following documents:

1. Summons – Civil Action No. 21-cv-6975;
2. Complaint – Civil Action No. 21-cv-6975;
3. Civil Cover Sheet – Civil Action No. 21-cv-6975;
4. Rider to Civil Cover Sheet – Civil Action No. 21-cv-6975;
5. Corporate Disclosure Statement – Civil Action No. 21-cv-6975;
6. Individual Rules of Practice in Civil Cases;
7. Individual Practices of Magistrate Judge Debra Freeman;
8. Procedures Applicable to Cases Referred for Settlement to Judge Debra Freeman; and
9. Electronic Case Filing Rules & Instructions.

Yours faithfully

*Harney Westwood Riegels*

**Harney Westwood & Riegels**

On 19 July 2021 the firm converted to a limited liability partnership pursuant to the Limited Liability Partnership Act 2017 of the laws of the Cayman Islands. Prior to re-registration the name of the firm was Harney Westwood & Riegels. A list of partners is available for inspection at our offices.
Bermuda legal services provided through an association with Zuill & Co.
??:Cayman Legal Letter

Anguilla | Bermuda | British Virgin Islands | Cayman Islands
Cyprus | Hong Kong | London | Luxembourg | Montevideo
São Paulo | Shanghai | Singapore | Vancouver
harneys.com