UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARCELORMITTAL NORTH AMERICA
HOLDINGS LLC,

                    Plaintiff,

-v.-

ESSAR GLOBAL FUND LIMITED and
MESABI METALLICS COMPANY LLC,

                    Defendants.

21 Civ. 6975 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    Following the conference of November 3, 2021, regarding Defendants' contemplated motion to dismiss, the Court hereby GRANTS Defendants' request for bifurcated motion practice. Accordingly, Defendants shall be permitted to file a motion to dismiss that addresses the issues of *forum non conveniens* and international comity.

    The parties shall adhere to the following briefing schedule on this motion: Defendants' opening papers shall be filed on or before **December 10, 2021**; Plaintiff's opposition brief shall be filed on or before **January 18, 2022**; and Defendants' reply brief shall be filed on or before **February 4, 2022**.

    The Court will permit Defendants leave to file an opening brief of no more than 35 pages; Plaintiff may file an opposition brief of no more than 35 pages; and Defendants may file a reply brief of no more than 17 pages.

    Defendants are further ordered to request a copy of the transcript of the November 3, 2021 conference in the ordinary course.

SO ORDERED.

Dated: November 4, 2021
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge