**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ARCELORMITTAL NORTH AMERICA
HOLDINGS LLC

        *Plaintiff,*

   v.

ESSAR GLOBAL FUND LIMITED,                     21 Civ. 6975 (KPF)

        *Defendant,*                      **[PROPOSED] ORDER**

  and

MESABI METALLICS COMPANY LLC
f/k/a ESSAR STEEL MINNESOTA LLC,

        *Garnishee.*

**[PROPOSED] ORDER**

KATHARINE POLK FAILLA, District Judge:

      Upon consideration of the Motion to Dismiss pursuant to the doctrines of *forum non conveniens* and international comity filed by Defendant Essar Global Fund Limited and Garnishee Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC), and the arguments and papers presented in support and opposition thereto, the Court ORDERS that:

      1. This action is dismissed on the grounds of *forum non convieniens* and/or international comity. The Clerk of the Court is directed to close this case.

      [or, in the alternative:

      1. This action is stayed on the grounds of international comity pending resolution of the English Action and/or the Mauritian Action.]

      SO ORDERED.

Dated:  _____, 2022
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge