**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ARCELORMITTAL NORTH AMERICA
HOLDINGS LLC

         *Plaintiff,*

  v.

ESSAR GLOBAL FUND LIMITED,

         *Defendant,*

  and

MESABI METALLICS COMPANY LLC
f/k/a ESSAR STEEL MINNESOTA LLC,

         *Garnishee.*

Case No.: 21-cv-06975-KPF

Honorable Katherine Polk Failla

## DECLARATION OF TODD BEATTIE

I, Todd Beattie, declare under penalty of perjury as follows:

1.     I am an associate at the law firm of Quinn Emanuel Urquhart & Sullivan LLP, attorneys for Defendant Essar Global Fund Limited and Garnishee Mesabi Metallics Company LLC. I am a member in good standing of the bar of New York.

2.     I submit this Declaration in support of the motion of Essar Global Fund Limited ("Essar Global") and Mesabi Metallics Company LLC to dismiss the complaint of ArcelorMittal North America Holdings LLC ("AMNAH") in the above-captioned action for *forum non conveniens* and adjudicative comity. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to them.

3.     A true and correct copy of the Complaint filed by ArcelorMittal USA LLC against Essar Steel Ltd., *et al.*, in the Ninth Judicial District Court for the State of Minnesota, County of Itasca, on March 2, 2018, is attached hereto as Exhibit 1.

4.     A true and correct copy of the Order and attached Memorandum Opinion issued in *ArcelorMittal USA LLC v. Essar Steel Ltd., et al.*, No. 31-cv-18-625, on June 27, 2018, by the Honorable Lois J. Lang, Judge of District Court, at the Itasca County Courthouse, in the City of Grand Rapids, County of Itasca, State of Minnesota is attached hereto as Exhibit 2.

5.     A true and correct copy of the Plaint with Summons filed on May 6, 2019, by Essar Global Fund Limited against Essar Steel Limited, *et al.*, in the Supreme Court of Mauritius (Commercial Division) is attached hereto as Exhibit 3.

6.     A true and correct copy of the transcript from the November 3, 2021 Premotion Conference before this Court in the above-captioned matter is attached hereto as Exhibit 4.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
         January 14, 2022

*/s/ Todd Beattie*
Todd Beattie

2