October 10, 2022

<u>VIA CM/ECF</u>

The Honorable Katherine Polk Failla
United States District Court Judge
United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007

Re:   *ArcelorMittal N. Am. Holdings LLC v. Essar Glob. Fund Ltd., et al.*, 21-CV-6975

Dear Judge Failla:

    We write pursuant to your Order dated September 19, 2022, requiring the parties to file a joint status letter on or before October 10, 2022.

    Please find enclosed a CM/ECF-stamped courtesy copy of the joint motion to stay proceedings and a proposed order, which the parties have filed on the docket. As set forth in the joint motion, the parties have reached an in-principle confidential settlement agreement that would resolve the litigation and anticipate filing a joint stipulation dismissing this case with prejudice once the settlement agreement becomes effective. The parties therefore request a sixty (60) day stay of proceedings at which point the parties will update the Court on the status of settlement.

    We are available to answer any questions at the Court's convenience.

Respectfully submitted,

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| BY:   /s/ Robert L. Weigel<br>Robert L. Weigel<br>Robert F. Serio<br>Jason William Myatt<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York 10166-0193<br>Tel: (212) 351-4000<br>Fax: (212) 351-5236<br>RWeigel@gibsondunn.com<br>RSerio@gibsondunn.com<br>JMyatt@gibsondunn.com<br><br>*Attorneys for Plaintiff ArcelorMittal North America Holdings LLC* | BY:   /s/ Rollo C. Baker<br>Rollo C. Baker<br>Todd Beattie<br>QUINN EMANUEL URQUHART &    SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Tel: (212) 849-7000<br>Fax: (212) 849-7000<br>rollobaker@quinnemanuel.com<br>toddbeattie@quinnemanuel.com<br><br>*Attorneys for Defendant Essar Global Fund Limited and Garnishee Mesabi Metallics Company LLC* |