UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARCELORMITTAL NORTH AMERICA HOLDINGS LLC,<br><br>*Plaintiff*,<br>v.<br><br>ESSAR GLOBAL FUND LIMITED,<br><br>*Defendant*,<br>and<br><br>MESABI METALLICS COMPANY LLC f/k/a ESSAR STEEL MINNESOTA LLC,<br><br>*Garnishee*. | 21 Civ. 6975 (KPF)<br><br>**JOINT MOTION TO STAY PROCEEDINGS PENDING COMPLETION OF SETTLEMENT NEGOTIATIONS** |

    Plaintiff ArcelorMittal North America Holdings LLC, Defendant Essar Global Fund Limited, and Garnishee Mesabi Metallics Company LLC hereby respectfully move this Court to temporarily stay proceedings to complete settlement negotiations.

    The parties have reached an in principle confidential settlement agreement to resolve the litigation, and have agreed that this agreement shall become effective following the occurrence of certain events (which are set out in the settlement documentation). The parties anticipate filing a joint stipulation dismissing this case with prejudice once the settlement agreement becomes effective and will update the Court on the status of the settlement agreement on or before 60 days after the entry of the Proposed Order.

    The parties therefore respectfully move this Court to stay the proceedings until 60 days after the entry of the Proposed Order. A Proposed Order is attached.

Dated: October 10, 2022
      New York, New York

                         GIBSON, DUNN & CRUTCHER LLP

                        BY:   */s/ Robert L. Weigel*
                               Robert L. Weigel
                               Robert F. Serio
                               Jason W. Myatt
                               GIBSON, DUNN & CRUTCHER LLP
                               200 Park Avenue
                               New York, New York 10166-0193
                               Tel: (212) 351-4000
                               Fax: (212) 351-5236
                               RWeigel@gibsondunn.com

                               *Attorneys for Plaintiff ArcelorMittal*
                               *North America Holdings LLC*

                        QUINN EMANUEL URQUHART & SULLIVAN, LLP
                        BY:   */s/ Rollo C. Baker*
                               Rollo C. Baker
                               Todd Beattie
                               QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP
                               51 Madison Avenue, 22nd Floor
                               New York, New York 10010
                               Tel: (212) 849-7000
                               Fax: (212) 849-7000
                               rollobaker@quinnemanuel.com
                               toddbeattie@quinnemanuel.com

                               *Attorneys for Defendant Essar Global*
                               *Fund Limited and Garnishee Mesabi*
                               *Metallics Company LLC*