UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARCELORMITTAL NORTH AMERICA
HOLDINGS LLC,

        *Plaintiff*,

v.

ESSAR GLOBAL FUND LIMITED,

        *Defendant*,
and

MESABI METALLICS COMPANY LLC f/k/a
ESSAR STEEL MINNESOTA LLC,

        *Garnishee.*

21 Civ. 6975 (KPF)

**[PROPOSED] ORDER STAYING PROCEEDINGS PENDING COMPLETION OF SETTLEMENT NEGOTIATIONS**

---

    IT IS HEREBY ORDERED that further proceedings in the above-captioned action are stayed until 60 days after the entry of this Order.

SO ORDERED.

_____
KATHERINE POLK FAILLA
United States District Judge